IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENT ALAN ANDERSON,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                            Case No. 12-cv-621-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

       /s/                                             4/2/2013
Peter Oppeneer, Clerk of Court                   Date