IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENT ALAN ANDERSON,

                Plaintiff,                              ORDER

v.                                                  12-cv-621-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

---

On April 1, 2013, the court issued an order remanding this case to the commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) pursuant to joint stipulation of the parties. Judgment was entered on April 2, 2013. Now before the court is the parties joint stipulation for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and expenses in the amount of $6,800.00.

ORDER

IT IS ORDERED that the joint stipulation for an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees and costs in the amount of $6,800.00.

Entered this 15th day of July, 2013.

BY THE COURT:

William M. Conley
District Judge

1