IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENT ALAN ANDERSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-621-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Brent Alan Anderson against Carolyn W. Colvin awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $6,800.00.

_____    7/18/13
Peter Oppeneer, Clerk of Court        Date